**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SIGNATURE FLIGHT SUPPORT CORPORATION, and BBA U.S. HOLDINGS, INC.,**

Plaintiffs,

-vs-   Case No. 6:07-cv-1991-Orl-28JGG

**SIGNATURE INTERNATIONAL FLIGHT SUPPORT CORPORATION, NEVILLE BENNETT, LEONARDO ANGLERO, and EXPRESS ONE INTERNATIONAL, INC.,,**

Defendants.

## ORDER

This case is before the Court on Plaintiffs' Motion and Memorandum for Default and Default Judgment Against Defendant Signature International Flight Support Corporation (Doc. No. 30) filed February 8, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 9, 2008 (Doc. No. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Default and Default Judgment Against Defendant Signature International Flight Support Corporation (Doc. No. 30) is **GRANTED**.

3. Defendant Signature International Flight Support Corporation is liable to Plaintiffs under Counts I - VIII of the Amended Complaint.

4. The Court reserves jurisdiction to award damages and attorneys' fees in favor of Plaintiffs' and against Defendant Signature International Flight Support Corporation on resolution of this case.

5. The Clerk is directed to enter judgment in favor of Plaintiffs and against Defendant Signature International Flight Support Corporation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27__ day of May, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party